■ VIRGINIA PARLATO, Respondent, v CRESCENZO PARLATO, Appellant. —Order of the Supreme Court, Nassau County, dated July 28, 1975, affirmed insofar as appealed from, with $50 costs and disbursements. We find adequate support in the record on this appeal for the reduction in alimony payments to the extent directed by Special Term. Hopkins, Acting P. J., Margett, Rabin, Shapiro and Hawkins, JJ., concur.